L.G. MOTORSPORTS, INCORPORATED, Plaintiff–Appellant.

v.

NGMCO, INCORPORATED, Michelin North America, Incorporated, Doug Fehan, Defendants–Appellees.

No. 14–40453.

United States Court of Appeals, Fifth Circuit.

April 28, 2015.

Peyton Jameson Healey, Esq., Counsel, Patrick William Powers, Powers Taylor, L.L.P., Dallas, TX, for Plaintiff–Appellant.

Timothy A. Daniels, Figari & Davenport, L.L.P., Dallas, TX, Peter William Herzog, III, Bryan Cave, L.L.P., Saint Louis, MO, Thomas M. Bullion, III, Germer Gertz, L.L.P., Austin, TX, Eunice Kim Nakamura, Esq., Vincent Lopez Serafino Jenevein, P.C., Dallas, TX, for Defendant–Appellee.

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM: *

The court has considered this appeal in light of the briefs, oral argument, and pertinent portions of the record. The district court's judgment is AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

